UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DIMAS O'CAMPO,                          )
                                        )   2:08-cv-01583-GEB-KJM
            Plaintiff,                  )
                                        )
     v.                                 )   ORDER CONTINUING STATUS
                                        )   (PRETRIAL SCHEDULING)
POINTER ENTERPRISES, INC. d/b/a         )   CONFERENCE; FED. R. CIV.
McDONALD'S #1501; SUNSET VIEW           )   P. 4(m) NOTICE
CEMETERY ASSOCIATION, INC.,             )
                                        )
            Defendants.                 )
                                        )

   Plaintiff's and Defendant's Pointer Enterprises, Inc., d/b/a McDonald's #1051 filed Joint Status Report on October 9, 2008, that reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for October 27, 2008, is continued to November 24, 2008, at 9:00 a.m. A further joint status report shall be filed no later than November 10, 2008.[1]

   Plaintiff is hereby notified that Defendant Sunset View Cemetery Association, Inc. may be dismissed from this action under

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

1  Fed. R. Civ. P. 4(m), if not served by November 10, 2008.  To avoid
2  dismissal, a proof of service shall be filed showing service on that
3  defendant no later than November 10, 2008.
4         If Plaintiff believes he has good cause justifying extension
5  of Rule 4(m)'s 120-day service period for this defendant, he shall
6  file a declaration in which "good cause" is shown no later than
7  November 10, 2008.
8         IT IS SO ORDERED.
9  Dated:  October 22, 2008

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

2