IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DIMAS O'CAMPO,                        )
                                      )    2:08-cv-01583-GEB-KJM
          Plaintiff,                  )
                                      )    ORDER RE: SETTLEMENT
     v.                               )    AND DISPOSITION
                                      )
POINTER ENTERPRISES, INC., d/b/a      )
McDonald's #1051; SUNSET VIEW         )
CEMETERY ASSOCIATION, INC.,           )
                                      )
          Defendants.                 )
_____)
```

The Notice of Settlement filed on February 25, 2009, states this has settled, and the parties anticipate filing a Stipulation for Dismissal within four weeks.

Therefore, a dispositional document shall be filed no later than March 25, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: March 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1