1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP**
   12 WILLIAMSBURG LANE
3  CHICO, CALIFORNIA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6

7  CATHERINE MANSKE, SBN 183815
   GORDON REES, LLP
8  655 UNIVERSITY AVENUE, SUITE 200
   SACRAMENTO, CALIFORNIA 95825
9  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402

10 Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO | Case No. 2:08-CV-01583-GEB-KJM |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE THE DATE IN WHICH TO FILE DISPOSITION DOCUMENTS AND [PROPOSED] ORDER THEREON** |
| POINTER ENTERPRISES, INC. dba McDONALD'S #1051, SUNSET VIEW CEMETERY ASSOCIATION, INC., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES:

WHEREAS the Court issued an Order on March 6, 2009 requiring dispositional documents to be filed on or before March 25, 2009.

WHEREAS the parties have finalized the terms of their settlement, but will not be able to exchange signatures and payment by the date ordered by this court.

Therefore, the parties hereby stipulate and request a continuation of the filing date of the depositional documents to April 15, 2009.

Dated: March 25, 2009     DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, III*
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: March 25, 2009     GORDON & REES, LLP

*/s/ Catherine Manske*
CATHERINE MANSKE
Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that dispositional document be filed no later than April 15, 2009

Dated: March 27, 2009

GARLAND E. BURRELL, JR.
United States District Judge